UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Robert Mulligan,
   Plaintiff

 vs             Civil Action
                 No.: 06CA10492MLW

Maritrans Operating Co.,
   Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFF'S REQUEST FOR SPECIAL JURY QUESTIONS

1.  Do you find from a preponderance of the evidence that the defendant, Maritrans, was negligent and that such negligence was a cause, even in the slightest, of injury to the plaintiff?
  Answer:  YES OR NO  _____

2.  Do you find from a preponderance of the evidence that the M/V Integrity was unseaworthy and that such unseaworthy condition was a substantial cause of the injury to the plaintiff:
  Answer:  YES OR NO  _____

3.  Do you find, from a preponderance of the evidence, that the defendant violated any safety statute, intended to protect the plaintiff, or similarly situated crew members, from harm, which caused, or contributed to cause, the plaintiff's injuries?
  Answer:  YES OR NO  _____

*If you have answered questions 1, 2, 3, or any combination thereof in the affirmative, proceed to question43. If you have answered the questions in the negative, proceed to question 5.*

4.  What do you find, from a preponderance of the evidence, to be the amount that is required to compensate plaintiff for his damages?

    $_____

5.  Upon what amount, if any, do you award as prejudgment interest?

    $ _____

6.  Do you find that defendant unreasonably delayed in fulfilling its obligations to pay "cure" to the plaintiff?

    Answer:        YES OR NO  _____

*If you have answered question 6 in the negative, STOP, and answer no further questions. If you have answered question 6 in the affirmative, proceed to question 7.*

7.  Do you find that the defendant's unreasonable delay in paying cure was callous, wilful, or recalcitrant?

Date: _____    Foreperson: _____

Plaintiff,
By his attorneys,

/s/ Brian S. McCormick, Esq.
BRIAN S. MCCORMICK, ESQ.
BBO #550533
Orlando & Associates
One Western Avenue
Gloucester, MA 01930
(978) 283-8100

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies those indicated as non registered participants on November 7, 2008.

/s/ Brian S. McCormick, Esq.
BRIAN S. MCCORMICK, ESQ.