UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROBERT MULLIGAN, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 06-10492-LTS |
| MARITRANS OPERATING CO., | ) ) ) | |
| Defendant. | ) ) | |

AMENDED JUDGMENT

August 18, 2010

SOROKIN, M.J.

In accordance with the verdict of the jury rendered on June 19, 2009, it is ORDERED AND ADJUDGED that Judgment is hereby entered for the Plaintiff, Robert Mulligan, in the amount of $215,000.00 (consisting of $105,000.00 on Count I of the Complaint, and $110,000.00 on Count II of the Complaint).

Additionally, it is ORDERED AND ADJUDGED that Judgment is hereby entered for the Defendant, Maritrans Operating Company, on Count II of the Complaint.

Finally, in accordance with the Court's Orders of July 30, 2010, and August 18, 2010, no award of punitive damages or attorney's fees is made.

SO ORDERED.

/s / Leo T. Sorokin
UNITED STATES MAGISTRATE JUDGE